ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| TMV, LLC DBA Triune Associates | ) | ASBCA No. 62978-PET |
| | ) | |
| Under Contract No. SPE600-16-D-4513 | ) | |

APPEARANCES FOR THE PETITIONER:      Dennis C. Ehlers, Esq.
Laurence Schor, Esq.
Robert D. Pratt, Esq.
  Asmar, Schor & McKenna, PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Matthew Vasquez, Esq.
  Trial Attorney
  DLA Energy
  Fort Belvoir, VA

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a January 13, 2021 claim for $315,499.34. The government has advised that a final decision on the claim will be issued by September 10, 2021. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by September 10, 2021.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated: August 19, 2021

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____                     _____
JOHN J. THRASHER                            OWEN C. WILSON
Administrative Judge                        Administrative Judge
Chairman                                    Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 62978-PET, Petition of TMV, LLC DBA Triune Associates, rendered in conformance with the Board's Charter.

Dated:  August 20, 2021


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2